SCOTT N. SCHOOLS (SCSBN 9990)                    *E-filed 1/4/08*
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-2695
    Facsimile:  (408) 535-5066
    Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 07-70709 HRL |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID LOUIS BEHAR, | ) | STIPULATION AND ~~[PROPOSED]~~ |
| LINDSAY ROBIN HOGUE, | ) | ORDER TO CONTINUE HEARING |
| TARA BERGSTRAND, and | ) | |
| JOHN ROGER LAGACE | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| _____ | ) | |

      Defendants and the government, through their respective counsel, hereby stipulate that,

subject to the court's approval, the hearing dates in the above-captioned matter, presently

scheduled for Tuesday, January 8, 2008, at 9:30 a.m. (for Defendants HOGUE, BERGSTRAND,

AND LAGACE) and Thursday, January 10, 2008, at 11:00 a.m. (for Defendant BEHAR), be

continued to Thursday, January 24, 2008, at 9:30 a.m.  The continuance has been requested in

order to allow each defense counsel an opportunity to review discovery and discuss the matter

with their client.  Furthermore, the government anticipates providing additional discovery and

1    possibly settlement offers.

2         The parties further agree and stipulate that time should be excluded from their respective

3    currently scheduled preliminary hearing date: January 8, 2008 (for  Defendants HOGUE,

4    BERGSTRAND, AND LAGACE) and  January 10, 2008 (for Defendant BEHAR) through and

5    including January 24, 2008, for ongoing defense preparation, pursuant to Speedy Trial Act, 18

6    U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that

7    granting the requested exclusion of time will serve the interest of justice and outweigh the

8    interest of the public and defendant in a speedy trial.

9

10   DATED: December 19, 2008                           SCOTT N. SCHOOLS
                                                    United States Attorney

11

12                                                  ____/s/_____
                                                    JEFFREY B. SCHENK

13                                                  Assistant United States Attorney

14

15

16                                                  ____/s/_____
                                                    PETER LEEMING

17                                                  Attorney for Mr. Behar

18

19

20                                                  ____/s/_____
                                                    GEOFFREY BRAUN

21                                                  Attorney for Ms. Hogue

22

23

24                                                  ____/s/_____
                                                    LARA VINNARD

25                                                  Attorney for Ms. Bergstrand

26   //

27   //

28   //

1

2

3

4
____/s/_____

5
JERRY FONG
Attorney for Mr. Lagace

6

7

8
**ORDER**

9
    The parties have jointly requested a continuance of the hearing set for January 8, 2008

10
(for Defendants HOGUE, BERGSTRAND, AND LAGACE) and  January 10, 2008 (for

11
Defendant BEHAR).

12

13
    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

14
presently set for January 8, 2008 (for  Defendants HOGUE, BERGSTRAND, AND LAGACE)

15
and  January 10, 2008 (for Defendant BEHAR) be continued to January 24, 2008 at 9:30 a.m. as

16
well as the period of delay from January 8, 2008 (for  Defendants HOGUE, BERGSTRAND,

17
AND LAGACE) and  January 10, 2008 (for Defendant BEHAR), to and including January 24,

18
2008, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

19

20
IT IS SO ORDERED.

21
DATED:    1/3/08                                        _____

22
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28