*E-filed 1/18/08*

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERGSTRAND

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10 UNITED STATES OF AMERICA,        )   No. CR 07-70709 HRL (PVT)
                                    )
11            Plaintiff,             )   **STIPULATION TO CONTINUE**
                                    )   **HEARING; ORDER**
12 v.                                )
                                    )
13 DAVID LOUIS BEHAR, LINDSAY ROBIN )
   HOGUE, TARA BERGSTRAND, and JOHN )
14 ROGER LAGACE                     )
                                    )
15            Defendants.            )
   _____  )

16                        **STIPULATION**

17     Defendants and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing date in the above-captioned matter, presently

19 scheduled for Thursday, January 24, 2008, at 9:30 a.m., be continued to Thursday, February 7,

20 2008, at 9:30 a.m.  The continuance has been requested in order to allow each defense counsel an

21 opportunity to review new discovery and discuss the matter with their client.  Furthermore, the

22 government may provide settlement offers after considering issues and arguments raised by the

23 defendants.

24     The parties further agree and stipulate that time should be excluded from their respective

25 currently scheduled preliminary hearing date: January 24, 2008 through and including February

26 7, 2008, for ongoing defense preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(a)

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)              1

and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

DATED: January 17, 2008

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender


_____/s/_____
PETER LEEMING
Attorney for Mr. Behar


_____/s/_____
GEOFFREY BRAUN
Attorney for Ms. Hogue


_____/s/_____
JERRY Y. FONG
Attorney for Mr. Lagace


_____/s/_____
JEFF SCHENK
Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the hearing set for January 24, 2008.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 24, 2008, be continued to February 7, 2008, at 9:30 a.m. as well as the period of delay from January 24, 2008, to and including February 7, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

Dated: 1/18/08

_____
HOWARD R. LLOYD
United States Magistrate Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 07-70709 HRL (PVT)            2