JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-FILING

FILED

2008 FEB 20 P 2: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LOUIS BEHAR,<br>LINDSAY ROBIN HOGUE,<br>TARA BERGSTRAND, and<br>JOHN ROGER LAGACE,<br>a/k/a Brandon Draper,<br><br>Defendants. | CR No. 08 00088<br><br>VIOLATIONS: 21 U.S.C. §§ 846 – Conspiracy to Distribute lysergic acid diethylamide (LSD);18 U.S.C. § 4 - Misprision of a Felony<br><br>SAN JOSE VENUE |

### INFORMATION

The United States Attorney charges:

COUNT ONE: (21 U.S.C. § 846 – Conspiracy to Distribute LSD)

Beginning at a time unknown to the United States, but no later than November 28, 2007, and continuing through and including November 29, 2007, in the Northern District of California and elsewhere, the defendant,

. DAVID LOUIS BEHAR,

did knowingly and intentionally conspire with other persons, known and unknown, to distribute 5 grams and more of a controlled substance, to wit, lysergic acid diethylamide, commonly known as LSD, in violation of Title 21, United States Code, Section 846.

INFORMATION

1 | COUNT TWO: (21 U.S.C. § 846 – Conspiracy to Distribute LSD)

2 | Beginning at a time unknown to the United States, but no later than November 28, 2007,
3 | and continuing through and including November 29, 2007, in the Northern District of California
4 | and elsewhere, the defendant,

5 | JOHN ROGER LAGACE,
6 | a/k/a Brandon Draper,

7 | did knowingly and intentionally conspire with other persons, known and unknown, to distribute
8 | 27 grams and more of a controlled substance, to wit, lysergic acid diethylamide, commonly
9 | known as LSD, in violation of Title 21, United States Code, Section 846.

10 |

11 | COUNT THREE: (18 U.S.C. § 4 – Misprision of a Felony)

12 | On or about November 2007, in the Northern District of California, and elsewhere, the
13 | defendants,

14 | LINDSAY ROBIN HOGUE, and
15 | TARA BERGSTRAND,

16 | having knowledge of the actual commission of a felony cognizable by a court of the United
17 | States, to wit: conspiracy to distribute LSD, did knowingly conceal and fail as soon as possible to
18 | make known the commission of said felony to a judge and any other person in civil authority
19 | under the United States, all in violation of Title 18, United States Code, Section 4.

20 | DATED: 2/20/08

21 | JOSEPH P. RUSSONIELLO
    | United States Attorney

24 | DAVID R. CALLAWAY
    | Deputy Chief, San Jose Office

26 | (Approved as to form: _____)
    | AUSA SCHENK

INFORMATION

2

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

**OFFENSE CHARGED**
21 U.S.C. Section 846 -
CONSPIRACY TO DISTRIBUTE
5 GRAMS AND MORE OF LSD

E-FILING

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

FILED
2008 FEB 20   P 2:50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA., S.J.

**DEFENDANT - U.S.**
▶ DAVID LOUIS BEHAR

DISTRICT COURT NUMBER
**CR 08 00088 JW RS**

**PENALTY:**
minimum mandatory term of 5 years imprisonment
maximum term of 40 years imprisonment
$2,000,000 fine; $100 special assessment
at least 4 years of Supervised Release

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70709 HRL

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ _____   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED 2008 FEB 20 P 2:41
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**OFFENSE CHARGED**
18 U.S.C. Section 4 -
MISPRISION OF A FELONY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
maximum term of 3 years imprisonment
$250,000 fine
$100 special assessment
3 years Supervised Release

**DEFENDANT - U.S.**
▶ LINDSAY ROBIN HOGUE

DISTRICT COURT NUMBER
CR 08 00088 JW

RS

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70709 HRL

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____ Month/Day/Year

DATE OF ARREST ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**FILED**

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

2008 FEB 20 P 2:50

E-FILING

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

── OFFENSE CHARGED ──

18 U.S.C. Section 4 -
MISPRISION OF A FELONY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
maximum term of 3 years imprisonment
$250,000 fine
$100 special assessment
3 years Supervised Release

── DEFENDANT - U.S. ──

▶ TARA BERGSTRAND

JW

DISTRICT COURT NUMBER

CR 08 00088

RS

── DEFENDANT ──

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons ▶
   was served on above charges _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   NORTHERN DISTRICT OF CALIFORNIA

── PROCEEDING ──

Name of Complaintant Agency, or Person (&Title, if any)
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO.
07-70709 HRL

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED 08 FEB 20
RICHARD [W. WIEKING]
CLERK, U.S. DISTRICT COURT
N.D. CA. S.J.

E-FILING

### OFFENSE CHARGED
21 U.S.C. Section 846 -
CONSPIRACY TO DISTRIBUTE
27 GRAMS AND MORE OF LSD

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
minimum mandatory term of 10 years imprisonment
maximum term of life imprisonment
$4,000,000 fine; $100 special assessment
at least 5 years of Supervised Release

### DEFENDANT - U.S.
▶ JOHN ROGER LAGACE, a/k/a Brandon Draper

**DISTRICT COURT NUMBER**
CR 08 00088 JW RS

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution _____

### PROCEEDING
**Name of Complaintant Agency, or Person (&Title, if any)**
DRUG ENFORCEMENT ADMINISTRATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO.
07-70709 HRL

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

**DATE OF ARREST** ▶   Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year _____

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
JEFFREY B. SCHENK

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: