AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 08-00088 JW

I, __David Behar__, the above named defendant, who is accused of

__21 U.S.C. § 846__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/21/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
FEB 2 1 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer