BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DAVID LOUIS BEHAR,<br>LINDSEY ROBIN HOGUE,<br>TARA BERGSTRAND, and<br>JOHN ROGER LAGACE<br><br>              Defendants. | No. CR 08-00088-JW<br><br>**STIPULATION TO CONTINUE STATUS HEARING** |

### STIPULATION

Defendants David Behar, Lindsay Robin Hogue, Tara Bergstrand, John Roger Lagace and the government, through their respective counsel, hereby agree and stipulate that subject to the Court's approval, the Court continue the status conference in this matter from March 24, 2008, to April 21, 2008, at 1:30 p.m..  The continuance is requested to permit completion of the defense retesting of representative samples of alleged Lysergic acid diethylamide (LSD) by the defense contracted laboratory.  Retesting cannot be completed sufficiently in advance of the current March 24, 2008, status conference, to permit the parties to review and consider the results.

The parties further agree and stipulate that time should be excluded from and including

STIPULATION TO CONTINUE STATUS
CONFERENCE
No. CR 08-00088-JW                             1

1  March 24, 2008 through and including April 21, 2008, to provide counsel reasonable time to
2  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the
3  United States and the defendant agree that granting the requested exclusion of time will serve the
4  interest of justice and outweigh the interest of the public and defendants in a speedy trial.
5  So Stipulated:

6

7  Dated:  March 19, 2008                           _____/s/_____
                                                     MANUEL U. ARAUJO
8                                                    Assistant Federal Public Defender
                                                     Attorney for Tara Bergstrand
9

10 Dated:  March 19, 2008                           _____/s/_____
                                                     JERRY FONG
11                                                   Attorney for John Roger Lagace

12

13 Dated:  March 19, 2008                           _____/s/_____
                                                     PETER LEEMING,
14                                                   Attorney for David Behar

15

16 Dated:  March 19, 2008                           _____/s/_____
                                                     GEOFFREY BRAUN
17                                                   Attorney for Lindsay Hogue

18

19 Dated:  March 19, 2008                           ____/s/_____
                                                     JEFFREY SCHENK
20                                                   Assistant United States Attorney

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE
No. CR 08-00088-JW                                  2