BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID LOUIS BEHAR,<br>LINDSEY ROBIN HOGUE,<br>TARA BERGSTRAND, and<br>JOHN ROGER LAGACE<br><br>　　　　　Defendants. | No. CR 08-00088-JW<br><br>**ORDER CONTINUING  STATUS<br>HEARING AND EXCLUSION OF TIME** |

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from March 24, 2008, to April 21, 2008 at 1:30 p.m..  It is further ordered that the period of delay from March 24, 2008, to and including April 21, 2008, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

Dated: March ___, 2008

_____
JAMES WARE,
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE
No. CR 08-00088-JW                           1