JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 08-00088-JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 21, 2008 TO APRIL 29, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| DAVID LOUIS BEHAR, LINDSAY ROBIN HOGUE, TARA BERGSTRAND, and JOHN ROGER LAGACE,   a/k/a Brandon Draper, | |
| Defendants. | |

      On April 21, 2008, the parties are scheduled to appear for a hearing before this Court. The government and all defendants request a short continuance of that hearing to allow defense counsels an opportunity to meet with their respective clients, review a proposed disposition, and properly advise their clients. The parties also request an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing materials submitted by the government and properly advise their clients. The parties request that the Court set the matter for a hearing on April 29, 2008 at 3:00 P.M.

1

The parties stipulate that the time between April 21, 2008 and April 29, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).

DATED: April 18, 2008               JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    ___/s/_____
                                    JEFFREY B. SCHENK
                                    Assistant United States Attorney


                                    ___/s/_____
                                    PETER LEEMING
                                    Attorney for Mr. Behar


                                    ___/s/_____
                                    GEOFFREY BRAUN
                                    Attorney for Ms. Hogue


                                    ___/s/_____
                                    MANUEL ARAUJO
                                    Attorney for Ms. Bergstrand


                                    ___/s/_____
                                    JERRY FONG
                                    Attorney for Mr. Lagace

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing currently scheduled for April 21, 2008 should be continued until April 29, 2008 at 3:00 P.M.  Furthermore, the Court HEREBY ORDERS that the time between April 21, 2008 and April 29, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:  April 29, 2008                              _____
                                                                              JAMES WARE
                                                                              UNITED STATES DISTRICT JUDGE