UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/29/2008
**Case No.:** CR-08-0088 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. David Behar ( C)(1), Lindsay Hogue (NC)(2), Tara Bergstrand (NC)(3), John Lagace a/k/a Brandon Draper ( C) (4)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Peter Leeming for David Behar ( C)(1),
Geoffrey Braun for Lindsay Hogue (NC)(2),
Manuel Araujo for Tara Bergstrand (NC)(3),
Jerry Fong for John Lagace a/k/a Brandon Draper ( C) (4)

## PROCEEDINGS

Disposition Hearing as to ALL Defendants

## ORDER AFTER HEARING

Hearing Held. Defendants Behar and Lagace (a/k/a Brandon Draper) present and in custody for proceedings, Defendants Hogue and Bergstrand present and not in custody for proceedings.

**As to Defendant Behar:** The Defendant plead guilty as to Count 1 of the Information.

**As to Defendants Hogue and Bergstrand:** The Defendants plead guilt as to Count 3 of the Information.

**As to Defendant Lagace (a/k/a Brandon Draper):** The Defendant plead guilty as to Count 2 of the Information.

Plea agreements were executed in open Court as to ALL Defendants. The Court referred each defendant to the Probation Office for preparation of a presentence investigation report. Defendants Behar and Lagace (a/k/a Brandon Draper) are remanded to the custody of the United States Marshal service. Defendants Hogue and Bergstrand are free to remain out of custody under the previously imposed conditions of Pretrial Release.

The Court set a date for Judgment and Sentencing as to ALL Defendants for September 15, 2008 at 1:30 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: